**1**

MUTUAL NOVELTY CORPORATION, Plaintiff-Appellee, v. Eugene GOLDBERGER, Defendant-Appellant.

Circuit Court of Appeals, Second Circuit.
March 24, 1927.

No. 261.

Appeal from the District Court of the United States for the Eastern District of New York.

Morris Kirschstein, of New York City, for appellant.

Maurice Block and M. Schlivek, both of New York City, for appellee.

Before MANTON and MACK, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Decree affirmed in open court.

**2**

Miss Helen MYER and Mrs. Emma Robin, Plaintiffs in Error, v. Miss Irma A. HALE, Defendant in Error.

Circuit Court of Appeals, Fifth Circuit. April 18, 1927.

No. 4969.

In Error to the District Court of the United States for the Southern District of Mississippi; Edwin R. Holmes, Judge.

S. C. Mize, of Gulfport, Miss. (Mize & Mize & Thompson, of Gulfport, Miss., and Carl Marshall, of Bay St. Louis, Miss., on the brief), for plaintiffs in error.

John L. Heiss, of Gulfport, Miss., and W. L. Guice, of Biloxi, Miss., for defendant in error.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment is affirmed.

**3**

NETHERLANDS AMERICAN STEAM NAVIGATION COMPANY, Plaintiff in Error, v. Thomas MULLINS, Defendant in Error.

Circuit Court of Appeals, Second Circuit.
March 24, 1927.

No. 264.

In Error to the District Court of the United States for the Southern District of New York.

E. C. Sherwood, of New York City (C. S. Zipp, of New York City, of counsel), for plaintiff in error.

Emanuel Friedman, of New York City (Anthony Sansone and S. Gelb, both of New York City, of counsel), for defendant in error.

Before MANTON and MACK, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Judgment affirmed in open court.